UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ULDIS SPROGIS,**

    Plaintiff,

vs.

**Case No.: 13-cv-00365-RBD-KRS**

**SUNTRUST BANK, INC.,** a corporation; and DOES 1 – 10, inclusive,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41a(1), Plaintiff, ULDIS SPROGIS, by and through his attorneys, hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 3, 2014

RESPECTFULLY SUBMITTED,

By: /s/ Benjamin H. Crumley
Benjamin H. Crumley, Esq.
Florida Bar No. 018284
Crumley & Wolfe PA
2254 Riverside Avenue
Jacksonville, Florida 32204
T: 904-374-0111, Fax: 904-374-0113
Email: ben@cwbfl.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on February 3, 2014, via the Court Clerk's CM/ECF system which will provide notice to all counsel of record.

By: /s/ Benjamin H. Crumley
Benjamin H. Crumley, Esq.