# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **ULDIS SPROGIS,**<br><br>    Plaintiff,<br><br>vs.<br><br>**SUNTRUST BANK, INC.,** a corporation; and DOES 1 – 10, inclusive,<br><br>    Defendant. | **Case No.: 13-cv-00365-RBD-KRS** |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS

Plaintiff, ULDIS SPROGIS, by counsel, and Defendant, SUNTRUST BANK, INC., a corporation, by counsel, hereby stipulate to the dismissal of this lawsuit in its entirety as against SUNTRUST BANK, INC., a corporation; and DOES 1 – 10, inclusive, with prejudice, with each party to bear his or its own costs and attorneys' fees.

Dated: February 6, 2014                                   RESPECTFULLY SUBMITTED,

By: /s/ Benjamin H. Crumley                         By: /s/ Adina L. Pollan
Benjamin H. Crumley, Esq.                           Adina L. Pollan, Esq.
Florida Bar No. 018284                                 Florida Bar No. 15639
Crumley & Wolfe PA                                    Adina.Pollan@gray-robinson.com
2254 Riverside Avenue                                 50 North Laura Street, Suite 1100
Jacksonville, Florida 32204                           Jacksonville, Florida 32202
T: 904-374-0111, Fax: 904-374-0113         Telephone: (904) 598-9929
Email: ben@cwbfl.com                                 Facsimile: (904) 598-9109
Attorney for Plaintiff                                      Attorneys for SunTrust Bank, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on February 4, 2014, via the Court Clerk's CM/ECF system which will provide notice to all counsel of record.

By: /s/ Benjamin H. Crumley
Benjamin H. Crumley, Esq.