**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ULDIS SPROGIS,**

    Plaintiff,

v.  **Case No.  6:13-cv-365-Orl-37KRS**

**SUNTRUST BANK, INC., et al,**

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice between Plaintiff and Defendants (Doc. 26), filed February 6, 2014.  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** with prejudice, each party to bear its own costs and attorney's fees.  The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** in Orlando, Florida this 7th day of February, 2014.

*[signature]*

ROY B. DALTON JR.
United States District Judge

Copies:  Counsel of Record